**Fill in this information to identify the case**

Debtor name  **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)  **18-41724**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
   |---|---|---|---|---|
   | 3.1. | **Checking account [Bank of America]** | **Checking account** | **4 5 6 5** | **$17,223.00** |
   | 3.2. | **Checking account [Frost Bank]** | **Checking account** | **8 1 2 0** | **$50.00** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$17,273.00**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Revenue Cycle Solutions, LLC**  _____   Case number (if known)  **18-41724**  _____
Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

11a.  90 days old or less:  **$38,172.00** — **$0.00** = ............. ➔  **$38,172.00**
        face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  **$0.00** — **$0.00** = ............. ➔  **$0.00**
        face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$38,172.00**

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method
used for current value**

**Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

Debtor  **Revenue Cycle Solutions, LLC**                    Case number (if known)  **18-41724**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| Works in Progress | | | | **$45,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$45,000.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor  **Revenue Cycle Solutions, LLC**                          Case number (if known) **18-41724**
        Name

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment - Furniture and Computers** | | | **$5,000.00** |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                              **$5,000.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                              **$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

---

Debtor    **Revenue Cycle Solutions, LLC**                                        Case number (if known)   **18-41724**
          Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| **General Intangibles - including domain name.** | | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

Debtor   **Revenue Cycle Solutions, LLC**                                    Case number (if known)   **18-41724**
_____ Name _____

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

   Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**   _Examples:_ Season tickets, country club membership

**78. Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Revenue Cycle Solutions, LLC**                                    Case number (if known)   **18-41724**
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$17,273.00** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$38,172.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$45,000.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9* .............................................. ➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$105,445.00** + 91b. | **$0.00** |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................... | | **$105,445.00** |

**Fill in this information to identify the case:**

Debtor name **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41724**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
Dallas County

**Creditor's mailing address**
Linebarger, Goggan, Blair & Sampson, I

2777 N. Stemmons Freeway

Suite 1000

Dallas          TX    75207

**Creditor's email address, if known**

**Date debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

2016
2018

**Describe debtor's property that is subject to a lien**

**Business Personal Property**

**Describe the lien**

**Ad valorem tax lien / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$825.81**

Value of collateral: **$0.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$825.81**

**Fill in this information to identify the case:**

Debtor __**Revenue Cycle Solutions, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number __**18-41724**__
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Oak Forest Shopping CR MC 5101 Long**__

__**913 NW Loop 281**__

__**Stuite 212b**__

__**Longview**__           **TX**     __**75604**__

Total claim: **$82,247.21**    Priority amount: **$82,247.21**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**941 Taxes**__

Date or dates debt was incurred
__**Various**__

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

**3rd and 4th quarters of 2017, first quarter of 2018**

**2.2**  Priority creditor's name and mailing address

__**Texas Comptroller of Public Accounts**__

__**111 E. 17th Street**__

__**Austin**__              **TX**     __**78774**__

Total claim: **$1,248.86**    Priority amount: **$0.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__**Taxes**__

Date or dates debt was incurred
__**6/1/2018**__

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __5__ __2__ __3__ __4__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

Debtor   **Revenue Cycle Solutions, LLC**                    Case number (if known)   **18-41724**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|
|  | **$7,233.16** | **$0.00** |

**2.3**   **Priority creditor's name and mailing address**

**Texas Workforce Commission**

**1067 Gilmer St.**

**STE B.**

**Sulphur Springs                    TX        75482**

**Date or dates debt was incurred**

**9/30/2017**

**Last 4 digits of account number**   **7    8    8    1**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **8**   )

**Quarterly reporting**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **Revenue Cycle Solutions, LLC** | Case number (if known) | **18-41724** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

**Access Healthcare**

**8235 Douglas Avenue**

**Ste 200**

**Dallas**          **TX     75225**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**billing services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

**Affordix**

**2104 Roosevelt Dr**

**Ste F.**

**Dalworthington Gardens**     **TX     76013**

Date or dates debt was incurred

Last 4 digits of account number    __i__ __o__ __n__ __s__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**communications/software**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,182.64**

---

**3.3** **Nonpriority creditor's name and mailing address**

**AFLAC**

**WorldWide Headquarters**

**Columbus**          **GA     31999**

Date or dates debt was incurred    **monthly coverage**

Last 4 digits of account number    __T__ __M__ __2__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplemental insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$172.78**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Alliance Office Sys (Farmers) (Copier)**

**1880 Crown Drive**

**ste 1210**

**Farmers Branch**          **TX     75234**

Date or dates debt was incurred    **6/30/2017**

Last 4 digits of account number    __D__ __R__ __0__ __3__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**office equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$519.60**

---

Debtor    **Revenue Cycle Solutions, LLC**                    Case number (if known)    **18-41724**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,450.00 |
|---|---|---|---|

**Applied PilotFish Healthcare Int**

**100 Roscommon Drive**

**Ste. 220**

**Middleton, CT 6457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**communications/software**

Date or dates debt was incurred    **3/7/2016**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AppRiver LLC**

**1101 Gulf Breeze Parkway**

**Ste. 200**

**Gulf Breeze          FL       32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**communications/software**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    5   9   4   1

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Bank of America Business Card**

**PO Box 982238**

**El Paso          TX       79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business credit card**

Date or dates debt was incurred    **5/31/2018**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    0   1   2   0

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,840.36 |
|---|---|---|---|

**BCBS**

**PO Box 731428**

**Dallas          TX       75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**health insurance**

Date or dates debt was incurred    **monthly coverage**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Revenue Cycle Solutions, LLC**                    Case number (if known)  **18-41724**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   **Nonpriority creditor's name and mailing address**

**Birch Communications**

**320 Interstate North Parkway, SE**

**Atlanta**                **GA**      **30339**

Date or dates debt was incurred    **6/22/2018**

Last 4 digits of account number    **7  7  1  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**communications/software**

Is the claim subject to offset?
☑ No
☐ Yes

$1,732.07

---

**3.10**   **Nonpriority creditor's name and mailing address**

**Everbank (Copier Lease)**

**PO Box 911608**

**Denver**                **CO**      **80291**

Date or dates debt was incurred

Last 4 digits of account number    **0  8  9  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**equipment lease**

Is the claim subject to offset?
☑ No
☐ Yes

$27,745.83

---

**3.11**   **Nonpriority creditor's name and mailing address**

**Floren, Jennifer**

**10355 TX Hwy 154 South**

**Yantis**                **TX**      **75497**

Date or dates debt was incurred    **Semi-monthly**

Last 4 digits of account number    **5  9  9  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$120,000.00

---

**3.12**   **Nonpriority creditor's name and mailing address**

**Frontier Communications**

**PO Box 5157**

**Tampa**                **FL**      **33675**

Date or dates debt was incurred

Last 4 digits of account number    **2  1  5  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$1,262.77

---

Debtor    **Revenue Cycle Solutions, LLC**    Case number (if known)    **18-41724**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**    Nonpriority creditor's name and mailing address

**GoVoip**

**2104 Roosevelt Dr**

**Ste F.**

**Arlington                        TX      76013**

Date or dates debt was incurred

Last 4 digits of account number        __ __ **2  7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**phone monitor system**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,888.18**

---

**3.14**    Nonpriority creditor's name and mailing address

**Guardian**

**PO Box 824404**

**Philadelphia                     PA      19182**

Date or dates debt was incurred        **monthly coverage**

Last 4 digits of account number    **4   7   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**dental insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.15**    Nonpriority creditor's name and mailing address

**Gulf Toxicology, LLC**

**9301 North Central Expressway**

**#335**

**Dallas                           TX      75231**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**$10,006,535.00 alleged damages**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,003,267.50**

---

**3.16**    Nonpriority creditor's name and mailing address

**HIPAAsuite (Martin Scholl Cnsulting)**

**18910 New Hampshire Avenue**

**Brinklow                         MD      20862**

Date or dates debt was incurred

Last 4 digits of account number    __ **R   C   S**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,014.50**

---

Debtor __**Revenue Cycle Solutions, LLC**_____   Case number (if known) __**18-41724**_____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Laboratory Services of East Texas, LLC**

**9301 North Central Expressway**

**#335B**

**Dallas**                              **TX**      **75231**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**$10,006,535.00 alleged damages**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,003,267.50**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Lake Highlands Tower LLC**

**PO Box 206014**

**Dallas**                              **TX**      **75320**

Date or dates debt was incurred      **3/8/2018**

Last 4 digits of account number      **e   7   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**rent/lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$110,434.40**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**LogMeIn USA**

**billing.support@logmein.com**

Date or dates debt was incurred      **6/16/2018**

Last 4 digits of account number      **1   2   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**daily business meeting system**

Is the claim subject to offset?
☑ No
☐ Yes

**$206.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Mangum, Nathaniel (Salary)**

**10355 TX Hwy 154 South**

**Yantis**                              **TX**      **75497**

Date or dates debt was incurred      **Semi-monthly**

Last 4 digits of account number      **4   3   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**$240,000.00**

---

Debtor   **Revenue Cycle Solutions, LLC**                    Case number (if known)   **18-41724**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Spectrum**

**PO Box 60074**

**City of Industry**          **CA**   **91716**

Date or dates debt was incurred   **1/23/2018**

Last 4 digits of account number   **3  3  1  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**network/internet**

Is the claim subject to offset?
☑ No
☐ Yes

**$194.03**

---

**3.22**   Nonpriority creditor's name and mailing address

**Staples**

**PO Box 83689**

**DEPT DALLAS**

**Chicago**          **IL**   **60696**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**office supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$128.45**

---

**3.23**   Nonpriority creditor's name and mailing address

**The Hartford**

**3600 Wiseman Blvd.**

**San Antonio**          **TX**   **78251**

Date or dates debt was incurred   **6/10/2018**

Last 4 digits of account number   **8  3  8  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**liability insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,190.00**

---

**3.24**   Nonpriority creditor's name and mailing address

**TSP Assets, LLC (Trinity Mills Rent)**

**14827 Bellbrook Dr.**

**Dallas**          **TX**   **75254**

Date or dates debt was incurred   **9/30/2017**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**rent/lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,750.00**

---

Debtor   **Revenue Cycle Solutions, LLC**                                    Case number (if known)   **18-41724**

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

4.1   **CHUBB**                                             Line _____              __ __ __ __
      **2155 W. Pinnacle Peak Rd.**
      **Suite 300**                                         ☑ Not listed.  Explain:
                                                            **malpractice insurance**
      **Pheonix              AZ      85027**

4.2   **Greenberg Traurig, LLP**                            Line _____              __ __ __ __
      **2200 Ross Avenue, Suite 5200**
                                                            ☑ Not listed.  Explain:
                                                            **Notice Only**
      **Dallas              TX      75201**

      **Counsel for debtor in pre-petition litigation**

4.3   **Stephen C. Rasch**                                  Line  **3.17**             __ __ __ __
      **Thompson & Knight, LLP**
      **One Arts Plaza**                                    ☐ Not listed.  Explain:
      **1722 Routh Street, Suite 1500**
      **Dallas              TX      75201**

4.4   **Stephen C. Rasch**                                  Line  **3.15**             __ __ __ __
      **Thompson & Knight, LLP**
      **One Arts Plaza**                                    ☐ Not listed.  Explain:
      **1722 Routh Street, Suite 1500**
      **Dallas              TX      75201**

4.5   **Underwood Perkins, PC**                             Line _____              __ __ __ __
      **Two Lincoln Centre**
      **5420 LBJ Freeway, Suite 1900**                      ☑ Not listed.  Explain:
                                                            **Notice Only**
      **Dallas              TX      75240**

      **Counsel for co-debtor Diversified Reimbursement Systems, Inc.**

Debtor   **Revenue Cycle Solutions, LLC**                                    Case number (if known)   **18-41724**

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.  **$90,729.23** |
| 5b. | **Total claims from Part 2** | 5b. **+**  **$10,602,446.61** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  **$10,693,175.84** |

**Fill in this information to identify the case:**

Debtor name    **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **18-41724**                Chapter    **11**
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.    **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease**<br>**Contract to be ASSUMED** | **Everbank (Copier Lease)**<br>**PO Box 911608** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Denver**            **CO**      **80291** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **lease**<br>**Contract to be ASSUMED** | **Lake Highlands Tower LLC**<br>**PO Box 206014** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**            **TX**      **75320** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **lease**<br>**Contract to be ASSUMED** | **TSP Assets, LLC (Trinity Mills Rent)**<br>**14827 Bellbrook Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**            **TX**      **75254** |

**Fill in this information to identify the case:**

Debtor name **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41724**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1 Diversified Reimbursement Systems, Inc.** | **2828 East Trinity Mills Road** <br> Number   Street <br><br> **Carrollton**   **TX**   **75006** <br> City   State   ZIP Code | **Gulf Toxicology, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2 Diversified Reimbursement Systems, Inc.** | **2828 East Trinity Mills Road** <br> Number   Street <br><br> **Carrollton**   **TX**   **75006** <br> City   State   ZIP Code | **Laboratory Services of East Texas, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3 Frank Howard** | **C/O Stephen C. Rasch** <br> Number   Street <br> **Thompson & Knight, LLP** <br> **Dallas**   **TX**   **75201** <br> City   State   ZIP Code | **Gulf Toxicology, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4 Frank Howard** | **C/O Stephen C. Rasch** <br> Number   Street <br> **Thompson & Knight, LLP** <br> **Dallas**   **TX**   **75201** <br> City   State   ZIP Code | **Laboratory Services of East Texas, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **18-41724**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                                12/15

## Part 1:     Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
        Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

   1b.   **Total personal property:**
        Copy line 91A from Schedule A/B................................................................................. | **$105,445.00**

   1c.   **Total of all property**
        Copy line 92 from Schedule A/B................................................................................... | **$105,445.00**

## Part 2:     Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$825.81**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................... | **$90,729.23**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+ $10,602,446.61**

4.   **Total liabilities**
     Lines 2 + 3a + 3b................................................................................................................................. | **$10,694,001.65**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **18-41724**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/05/2018**        X **/s/ Jennifer Floren**
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                      **Jennifer Floren**
                                      Printed name

                                      **Director of Finance, Med Elect, LLC**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Revenue Cycle Solutions, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **18-41724**
(if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

   | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2018** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$492,428.00** |
   | **For prior year:** | From **01/01/2017** to **12/31/2017**<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,158,585.00** |
   | **For the year before that:** | From **01/01/2016** to **12/31/2016**<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,853,806.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | |
|---|---|
| Debtor **Revenue Cycle Solutions, LLC** | Case number (if known) **18-41724** |
| Name | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gulf Toxicology, LLC and Laboratory Services of East Texas, LLC v. Diversified Reimbursement Systems, Inc. and Revenue Cycle Solutions, LLC** | **Civil action alleging mishandling and/or incorrect processing of various billing claims.** | **160th District Court, Dallas County, TX** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **600 Commerce Street** | ☐ Concluded |
| | | | Street | |
| | Case number | | **Suite 640** | |
| | **DC-16-11134** | | | |
| | | | **Dallas**          **TX**   **75202** | |
| | | | City                State  ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Revenue Cycle Solutions, LLC**                              Case number (if known)  **18-41724**
      Name

## Part 4:    Certain Gifts and Charitable Contributions

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DeMarco Mitchell, PLLC** | | **07/03/2018** | **$10,000.00** |
| | **Address** | | | |
| | **1255 West 15th St., 805** | | | |
| | Street | | | |
| | | | | |
| | **Plano**　　　**TX**　　**75075** | | | |
| | City　　　　　State　　ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.bankruptcytx.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.**   **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Revenue Cycle Solutions, LLC** | Case number (if known) | **18-41724** |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

Debtor   **Revenue Cycle Solutions, LLC**                                           Case number (if known) **18-41724**
             Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor   **Revenue Cycle Solutions, LLC**                                   Case number (if known) __18-41724__
         Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.  **Jennifer Flore** | |
| Name | |
| **610 Coit Road, 200** | |
| Street | |
| | |
| **Plano**              **TX**      **75075** | |
| City                  State     ZIP Code | |

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.2.  **Nat Mangum** | |
| Name | |
| **610 Coit Road, 200** | |
| Street | |
| | |
| **Plano**              **TX**      **75075** | |
| City                  State     ZIP Code | |

Debtor   **Revenue Cycle Solutions, LLC**                    Case number (if known)   **18-41724**
              Name

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MedElect, LLC** | **10355 SH 154 South Yantis, TX 75497** | | **47%** |
| **Volition Designs, LLC** | **4510 Shadywood Lane Colleyville, TX 76034-4715** | | **53%** |
| **Nat Mangum** | **610 Coit Road, 200 Plano, TX 75075** | **Managing Member** | |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.   Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Revenue Cycle Solutions, LLC**                                    Case number (if known)   **18-41724**
_____
Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/05/2018**
                    _____
                    MM / DD / YYYY

**X** **/s/ Jennifer Floren**                                                Printed name   **Jennifer Floren**
_____                                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Director of Finance, Med Elect, LLC**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes